**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

 **TIMOTHY WILLIS,**

    **Plaintiff,**

**v.**                                               **Case No. 6:11-cv-1592-Orl-35GJK**

**LISA MUNYON, and NINTH JUDICIAL
CIRCUIT COURT OF FLORIDA,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. 2), filed on September 28, 2011. On October 4, 2011, Magistrate Gregory J. Kelly issued a Report and Recommendation, recommending that Plaintiff's motion be denied and the Complaint be dismissed as frivolous because absolute judicial immunity operates as an obvious bar to Plaintiff's allegations. (Dkt. 3 at 4) Plaintiff filed an objection on October 11, 2011. (Dkt. 4) Defendants did not file a Response or separate objection and the deadline to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of

those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also United States v. Farias–Gonzalez, 556 F.3d 1181, 1184 n. 1 (11th Cir. 2009). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256–58.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. 2) is **DENIED;** and,

3. Plaintiff's Complaint (Dkt. 1) is **DISMISSED**. Actions against judges for the conduct of their judicial functions are absolutely barred by the doctrine of absolute immunity. Plaintiff is admonished that if he should re-file this action asserting claims of this type, he may be subject to the imposition of sanctions under the applicable Rules of Procedure governing filings in this Court. See Fed. R. Civ. P. 11; see also M.D.

Fla. R. 2.03(a).

**DONE** and **ORDERED** in Orlando, Florida, on this 24th day of October 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party